**FORM 2**
**COVER SHEET**

# In The United States Court of Federal Claims

Cover Sheet

Plaintiff(s) or Petitioner(s) **06-359 C**

Amy Burkholder

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Barbara B. Hutchinson

Firm Name: Barbara B. Hutchinson, Attorney

Post Office Box:

Street Address: 7907 Powhatan Street

City-State-Zip: New Carrollton, MD. 20784

Telephone & Facsimile Numbers: Tel:(301) 577-3387, Fax: (301)577-3764

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of Suit Code: 3 7 4

Select only one (three digit) nature-of-suit code from the attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain. Health Benefit Premiums, Debt Collection

Agency Identification Code: ☒ ☐ ☐

See attached sheet for three-digit codes.

Amount Claimed: $ 23,067.32 plus interest and penalties

Use estimate if specific amount is not pleaded.

Bid Protest: $

indicate approximate amount of procurement at issue.

Is plaintiff a small business? ☐ Yes ☒ No

Vaccine Case:

Date of Vaccination:

Related Cases:

If this case is directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.