THE UNITED STATES COURT OF FEDERAL CLAIMS
WASHINGTON, D.C.

| | |
|---|---|
| Amy B. Burkholder | ) |
| Plaintiff | ) |
| | ) |
| v. | ) No. 06-359C |
| | ) LMB |
| United States | ) |
| Defendant | ) |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AND FOR AN ENLARGEMENT OF TIME FOR FILING OF THE JOINT PRELIMINARY STATUS REPORT**

Amy Burkholder (Ms. Burkholder) the plaintiff, pursuant to RCFC 6(b)(1) and the June 2, 2006 Order of this Court files Plaintiff's Unopposed Motion for Leave to File and For an Enlargement of Time for Filing of the Joint Preliminary Status Report (JPSR). The Court on June 2, 2006 issued an Order requiring the filing of the JPSR on or before forty-five days, after the date on which a responsive pleading to the Complaint was due in this matter. A response to the Complaint was due to be filed on July 3, 2006 and the JPSR is due to be filed on or before August 17, 2006. This motion seeks an enlargement of time for the filing of the JPSR of eleven (11) days from August 17, 2006, up to and including August 28, 2006. This motion was discussed with Jeffry Pease, counsel for the United States, on August 16, 2006 and Mr. Pease is not opposed to this motion. This is the first enlargement of time requested in this case. Based upon the reasons set forth herein, Ms. Burkholder respectfully requests, leave for the filing of an enlargement of time and the enlargement of time for filing of the JPSR be granted.

1. The parties began working on the JPSR on August 9, 2006.

2. The parties diligently worked to complete the report by August 16, 2006.

3. Due to substantive changes made by the parties to the JPSR, the report could not be completed, reviewed, and finalized by August 16, 2006.

4. Plaintiff's counsel will be out of the city on a prescheduled vacation from August 17, 2006 through August 21, 2006 and will return to the office on August 22, 2006.

5. Plaintiff's counsel is scheduled to be in labor mediation on August 24, 2006 and will be out of the office on that day.

6. The enlargement of time of eleven days is to assure the timely completion and filing of the JPSR, without any further requests for enlargement of time.

Based upon the foregoing, Ms. Burkholder respectfully requests the Court grant leave to file the Plaintiff's Unopposed Motion for Enlargement of Time and enlarge the time for the filing of the JPSR for eleven (11) days, from August 17, 2006 up to and including August 28, 2006.

Respectfully Submitted,

/s/________________________

Barbara B. Hutchinson
Attorney for Plaintiff
D.C. Bar # 418967
7907 Powhatan Street
New Carrollton, MD. 20784
Telephone: (301) 577-3387
Facsimile: (301) 577-3764

August 16, 2006

CERTIFICATE OF SERVICE

The foregoing Plaintiff's Unopposed Motion for Leave to File and for Enlargement of Time for Filing of the JPSR was served upon counsel for the defendant through electronic filing, in the CM/ECF system:

Jeffrey Pease
Trial Attorney
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Pursuant to the June 2, 2006 Order of the Court, a courtesy copy was served upon the Chambers of Judge Lawrence M. Baskir by facsimile message and by placement in the overnight filing box.

This 16th day of August 2006.

/s/___________________________
Barbara B. Hutchinson