THE UNITED STATES COURT OF FEDERAL CLAIMS
WASHINGTON, D.C.

| | |
|---|---|
| Amy B. Burkholder<br>Plaintiff | ) |
| | ) |
| | ) |
| v. | ) No. 06-359C |
| | ) LMB |
| United States | ) |
| Defendant | ) |

ORDER

Plaintiff's Unopposed Motion for Leave to File and for Enlargement of Time for the Filing of the JPSR having come before the Court and for the reasons stated in Plaintiff's Unopposed Motion and the record in this matter, the Plaintiff's Unopposed Motion is granted. The Clerk is directed to file Plaintiff's motion and the time for filing of the Joint Preliminary Status Report is enlarged by eleven (11) days, from August 17, 2006 up to and including August 28, 2006

And It Is So Ordered, this ______ day of ____________________, 2006.

______________________________
Lawrence M. Baskir
Judge

Notice To:

Attorney for Plaintiff:
Barbara B. Hutchinson
7907 Powhatan Street
New Carrollton, MD. 20784

Attorney for Defendant:
Jeffrey S. Pease
Trial Attorney
Commercial Litigation Branch
1100 L Street, N.W.
8th Floor
Washington, D.C. 20530