# In the United States Court of Federal Claims

Case No. 06-359C
(Filed: August 18, 2006)

****************************************************
AMY B. BURKHOLDER, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

## ORDER

Plaintiff's unopposed **Motion for an Enlargement of Time** (11 Days) to file the **Joint Preliminary Status Report** on or before **August 28, 2006**, is hereby **GRANTED**.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge