# In the United States Court of Federal Claims

Case No. 06-359C
(Filed: October 27, 2006)

*****************************************************
AMY B. BURKHOLDER, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

The Court held a preliminary status conference in the above-captioned case on October 26, 2006. This Order confirms the matters decided at that conference.

The Defendant plans to file a Motion to Dismiss. The Parties have agreed to the following briefing schedule:

- The Defendant will file its Motion to Dismiss no later than **December 11, 2006**.
- The Plaintiff will file its Opposition to Defendant's Motion to Dismiss no later than **January 11, 2007**.
- The Defendant will file its Reply to Plaintiff's Opposition no later than **January 25, 2007**.
- The Parties will file a Consolidated Statement of Uncontroverted Facts no later than **February 1, 2007**.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge