IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMY B. BURKHOLDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-359C |
| v. | ) | (Judge Baskir) |
| | ) | (ADR Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Meredyth D. Cohen, as attorney of record for the United States. I am replacing Jeffrey Pease as principal attorney. Service of all papers by opposing parties should be addressed as follows:

MEREDYTH D. COHEN
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Phone: (202) 353-7978
Fax: (202) 514-8624
Email: Meredyth.Cohen@USDOJ.GOV

Attention: Classification Unit
1100 L Street, NW, 8th Floor

Dated: April 16, 2007

/s/MEREDYTH D. COHEN
MEREDYTH D. COHEN
Trial Attorney
Commercial Litigation Branch
Civil Division

## CERTIFICATE OF SERVICE

I hereby certify that on the __16th__ day of April, 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/MEREDYTH D. COHEN