IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMY B. BURKHOLDER, | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-359C |
| | ) | (Judge Baskir) |
| v. | ) | (ADR Judge Horn) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to this Court's April 30, 2007 order, the parties hereby respectfully submit this joint status report suggesting further proceedings.

Since this Court's ruling on Defendant's Motion to Dismiss, the parties have been engaging in settlement discussions and will continue to discuss the possibility of settlement. In the event that this case is not resolved by settlement, defendant will file a motion for summary judgment on or before August 24, 2007. The basis for defendant's motion will be that \$381.85 was not in excess of 15 percent of plaintiff's disposable pay in 2006. In one instance, defendant inadvertently deducted more than \$381.85, but immediately corrected that error by taking no deduction from the next paycheck.

Plaintiff's Position

Plaintiff's pay statements will show the defendant has deducted in

excess of 15 percent of Ms. Burkholder's disposable pay and continues to deduct in excess of 15 percent of Ms. Burkholder's disposable pay. The defendant's calculation of disposable pay excluded Ms. Burkholder's Thrift Savings contribution and living allowances. Ms. Burkholder will file an opposition to Defendant's motion, on or before September 8, 2007.

Respectfully Submitted,

/s/ BARBARA B. HUTCHINSON
BARBARA B. HUTCHINSON
7907 Powhatan Street
New Carrollton, MD 20784
Tel: (301) 577-3387
Fax: (301) 577-3764

Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ KATHRYN A. BLEECKER
KATHRYN A. BLEECKER
Assistant Director

/s/ MEREDYTH D. COHEN
MEREDYTH D. COHEN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-7978
Fax: (202) 514-8624

Attorneys for Defendant

June 21, 2007

## CERTIFICATE OF FILING

I hereby certify that on this 21st day of June, 2007, copies of the foregoing “JOINT STATUS REPORT” were filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

/s/ Meredyth D. Cohen