# In the United States Court of Federal Claims

Case No. 06-359C
(Filed: August 15, 2007)

*****************************************************
AMY B. BURKHOLDER, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

Defendant's unopposed **Motion for an Enlargement of Time** (45 days) to file the **Motion for Summary Judgment** by **October 9, 2007,** is hereby **GRANTED**.

Plaintiff's response brief is due by October 23, 2007.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge