IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMY B. BURKHOLDER, | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-359C |
| | ) | (Judge Baskir) |
| v. | ) | (ADR Judge Horn) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO STAY THE CASE

Defendant respectfully requests that the Court stay further proceedings in this action for 90 days, to and including January 2, 2008, in order to allow the parties to proceed with settlement discussions. On October 1, 2007, defendant’s counsel discussed this request with plaintiff’s counsel, who indicated plaintiff does not oppose this motion.

Defendant believes it would be in the interest of the parties and of judicial economy to stay this case so that the parties may focus on settlement negotiations. The parties hope to resolve this dispute without the assistance of the Court within 90 days, to and including January 2, 2008. Moreover, defendant proposes that the parties file a joint status report every 45 days to inform the Court of the status of settlement discussions. In the event that this case is not resolved by settlement by January 2, 2008, defendant will file a motion for summary judgment on or

before February 5, 2008.

For these reasons, defendant respectfully requests that the Court grant this unopposed motion to stay this case for 90 days, to and including January 2, 2008.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ KIRK MANHARDT
KIRK MANHARDT
Assistant Director

/s/ MEREDYTH D. COHEN
MEREDYTH D. COHEN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 353-7978
Fax: (202) 514-8624

October 2, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under that on this 2nd day of October, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION TO STAY THE CASE" was filed electronically. In understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ MEREDYTH D. COHEN