# In the United States Court of Federal Claims

Case No. 06-359C
(Filed: October 4, 2007)

*****************************************************
AMY B. BURKHOLDER, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

Defendant's unopposed **Motion to Stay this case for settlement negotiations, filed October 2, 2007, is** hereby **GRANTED**. **As parties requested, the proceedings in this case are STAYED until January 2, 2008.**

A **Joint Status Report** shall be filed by the parties by **November 19, 2007**, regarding the settlement negotiations. **On January 7, 2008, the parties shall file a further Joint Status Report, proposing a schedule for further proceedings.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge