IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMY B. BURKHOLDER, | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-359C |
| | ) | (Judge Baskir) |
| v. | ) | (ADR Judge Horn) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to this Court's October 4, 2007 order, the parties hereby respectfully submit this joint status report regarding their settlement negotiations.

Since this Court's granting of defendant's motion to stay on October 4, 2007, the parties have engaged in additional settlement discussions and intend to continue exploring the possibility of settlement. The parties are sincerely working to resolve this matter without the assistance of the Court.

Respectfully Submitted,

/s/ BARBARA B. HUTCHINSON
BARBARA B. HUTCHINSON
7907 Powhatan Street
New Carrollton, MD 20784
Tel: (301) 577-3387
Fax: (301) 577-3764

Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ KIRK MANHARDT
KIRK MANHARDT
Assistant Director

/s/ MEREDYTH D. COHEN
MEREDYTH D. COHEN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-7978
Fax: (202) 514-8624

November 19, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 19th day of November, 2007, copies of the foregoing "JOINT STATUS REPORT" were filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Meredyth D. Cohen