IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMY B. BURKHOLDER, | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-359C |
| | ) | (Judge Baskir) |
| v. | ) | (ADR Judge Horn) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to this Court's October 4, 2007 order, the parties hereby respectfully submit this joint status report regarding further proceedings.

Since filing the November 19, 2007 status report, the parties have entered into a settlement agreement. Pursuant to the settlement agreement, defendant has processed the payment made by plaintiff in fulfillment of her remaining debt and has ceased payroll deductions. Upon plaintiff's receipt of written confirmation that her debt has been fulfilled, the parties will file a joint stipulation dismissing this case with prejudice.

Respectfully Submitted,

/s/ BARBARA B. HUTCHINSON
BARBARA B. HUTCHINSON
7907 Powhatan Street
New Carrollton, MD 20784
Tel: (301) 577-3387
Fax: (301) 577-3764

Attorney for Plaintiff

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ KIRK MANHARDT
KIRK MANHARDT
Assistant Director

/s/ MEREDYTH D. COHEN
MEREDYTH D. COHEN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-7978
Fax: (202) 514-8624

Attorneys for Defendant

January 7, 2008

CERTIFICATE OF FILING

I hereby certify that on this 7th day of January, 2008, copies of the foregoing "JOINT STATUS REPORT" were filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Meredyth D. Cohen