# In the United States Court of Federal Claims

Case No. 06-359C
(Filed: January 23, 2008)

*****************************************************
AMY B. BURKHOLDER, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

**ORDER OF DISMISSAL**

_____**The parties' Joint Stipulation of Dismissal** of the Plaintiff's Complaint with prejudice, filed January 16, 2008, **is hereby GRANTED**. Each party is to bear its own costs, expenses and attorney fees.

IT IS SO ORDERED.

s/ Francis M. Allegra
JUDGE FRANCIS M. ALLEGRA
for Judge Lawrence M. Baskir